**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter __7__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Trailhead Engineering LLC** | |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-3147092** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **11931 Wickchester Lane** <br> **Houston, TX 77043** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Harris** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **http://trailheadeng.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    **Trailhead Engineering LLC**                                    Case number (*if known*) _____
     Name

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **5413**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor  **Trailhead Engineering LLC**            Case number (*if known*) _____
Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other    **Claims against prime contractor, project owners, and sureties and associated mechanic's/materialman's liens may need to be asserted and perfected under Chapter 53 of the Texas Property Code; claims by subcontractors against debtor may need to be objected to under Chapter 53 of Texas Property Code.**

**Where is the property?**
_____
Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No

☐ Yes.  Insurance agency _____

      Contact name _____

      Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds** .  *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Trailhead Engineering LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  3, 2018**
MM / DD / YYYY

**X /s/ Brian L. Maddox**      **Brian L. Maddox**
Signature of authorized representative of debtor      Printed name

Title    **Chief Executive Officer**

---

**18. Signature of attorney**

**X /s/ Cleveland R. Burke**      Date **May  3, 2018**
Signature of attorney for debtor      MM / DD / YYYY

**Cleveland R. Burke (Email: cleveland.burke@wallerlaw.com)**
Printed name

**Waller Lansden Dortch & Davis LLP**
Firm name

**100 Congress Avenue**
**Suite 1800**
**Austin, TX 78701-4042**
Number, Street, City, State & ZIP Code

Contact phone    **512-685-6400**      Email address

**24064975 TX**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **Trailhead Engineering LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  3, 2018**          *X* **/s/ Brian L. Maddox**
                                              Signature of individual signing on behalf of debtor

                                       **Brian L. Maddox**
                                       Printed name

                                       **Chief Executive Officer**
                                       Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Trailhead Engineering LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                           12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................. $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................................... $ ____44,578,839.86

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................ $ ____44,578,839.86

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................... $ ___108,004,713.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. Total claim amounts of priority unsecured claims:
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ _____0.00

   3b. Total amount of claims of nonpriority amount of unsecured claims:
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................... +$ ____25,152,124.48

4. Total liabilities .................................................................................................................
   Lines 2 + 3a + 3b

   $ ____133,156,837.48

**Fill in this information to identify the case:**

Debtor name   **Trailhead Engineering LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

|  | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |  |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Checking** | **3028** | **$39,695.62** |
| 3.2. | **Chase Bank** | **Checking** | **7105** | **$439,205.16** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$478,900.78**

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Security deposit for lease of office building at 9815 South Monroe Street, Suite 100, Sandy, UT 84070** | **$10,584.58** |
|---|---|---|
| 7.2. | **Security deposit for lease of office building at 1329 N. State Street, Suite 215, Bellingham, WA 98225** | **$3,000.00** |

Debtor   **Trailhead Engineering LLC**                                Case number *(If known)* _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

---

|  | | |
|---|---|---|
| 7.3. | **Security deposit for lease of office building at 11931 Wickchester Lane, Suite 300, Houston, Texas 77043** | $34,112.81 |

---

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Credit for overpayment of employment taxes to Washington State Department of Labor & Industries** | $479.40 |

---

**9.** **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$48,176.79

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

**11.** **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | |
|---|---|---|---|---|
| 11a. 90 days old or less: | 19,042,232.48 | - | 18,476,063.59 = .... | $566,168.89 |
| 11b. Over 90 days old: | 5,926,700.48 | - | 5,870,167.12 =.... | $56,533.36 |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$622,702.25

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

---

Debtor   **Trailhead Engineering LLC**                                Case number *(If known)* _____
       Name

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **See attached Schedule B39** | **$7,400.00** | Liquidation | **$7,400.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Konica Minolta Bizhub C220, Serial #AOED013003606 (copier)** | **$3,050.00** | Recent cost | **$3,050.00** |
| | **WorkForce Pro WF-R8590 (copier)** | **$1,000.00** | Liquidation | **$1,000.00** |
| | **Toshiba eStudio 4555c 11547563 (copier)** | **$1,000.00** | Liquidation | **$1,000.00** |
| | **Computers - see attached Schedule B41** | **$57,000.00** | Liquidation | **$57,000.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
       Add lines 39 through 42.  Copy the total to line 86.

                                                                          **$69,450.00**

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2012 Jeep Grand Cherokee, VIN 1C4RJFCT1CC103590** | **$11,885.00** | Comparable sale | **$16,598.00** |
| 47.2. | **2015 Chevrolet Silverado, VIN 1GC1CVEG1FF113170** | **$16,378.00** | Comparable sale | **$16,378.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Trailhead Engineering LLC** | Case number *(if known)* | |
|--------|-------------------------------|--------------------------|--|
|        | Name                          |                          |  |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

    | $32,976.00 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ■ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.

    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **11931 Wickchester Lane, Suite 300 Houston, Texas 77043**<br>**Office building** | **Lease** | **$0.00** | | **$0.00** |
| 55.2.   **1329 N. State St., Suite 215 Bellingham, WA 98225**<br>**Office building** | **Lease** | **$0.00** | | **$0.00** |
| 55.3.   **9815 South Monroe St., Suite 100 Sandy, UT 84070**<br>**Office building** | **Lease** | **$0.00** | | **$0.00** |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    | $0.00 |
    |---|

Debtor    **Trailhead Engineering LLC**                                    Case number *(If known)* _____
          Name

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** **http://trailheadeng.com** | **$0.00** | | **$0.00** |
| 62.  **Licenses, franchises, and royalties** **Texas Board of Professional Engineers - Certificate of Registration for Trailhead Engineering, LLC, Registration # F-17661** | **$0.00** | | **$0.00** |
| **New Mexico Contractor License #391507** | **$0.00** | | **$0.00** |
| **Oklahoma State Board of Licensure for Professional Engineers and Surveyors  No. 8001, Feb. 1, 2018** | **$0.00** | | **$0.00** |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.    **Total of Part 10.**                                                       | **$0.00** |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:    All other assets**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor    **Trailhead Engineering LLC**                                    Case number (If known) _____
Name

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>**Ohio Security Insurance Company - Workers'**<br>**Compensation (Policy No. XWS1857259866)** | $0.00 |
|  | **Indian Harbor Insurance Company - General Liability**<br>**Including Contractors Pollution Liability And**<br>**Professional Liability (Policy No. US00080825LI17A)** | $0.00 |
|  | **Hartford Accident and Indemnity Company - Automobile**<br>**(Policy No. 46UECZR5725)** | $0.00 |
|  | **Catlin Specialty Insurance Company - Umbrella -**<br>**Primary $10,000,000 (Policy No. US00080826LI17A)** | $0.00 |
|  | **Scottsdale Insurance Company - Excess**<br>**Liability-$10,000,000 (Policy No. XNS0002610)** | $0.00 |
|  | **Travelers Casualty and Surety Co. of America -**<br>**Directors & Officers Including Employment Practices**<br>**Liability (Policy No. 106189954)** | $0.00 |

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Nonpayment claims against Dancar Energy Construction, LLC for services and materials furnished on Navitas Project** | $6,312,104.33 |
|---|---|---|

| Nature of claim | **Nonpayment claims** |
|---|---|
| Amount requested | **$6,312,104.33** |

**Nonpayment claims against Stateline Processing, LLC for services and materials furnished on Stateline Project**                                                    $15,924,749.72

| Nature of claim | **Nonpayment claims** |
|---|---|
| Amount requested | **$15,924,749.72** |

**Nonpayment claims against Dancar Energy Construction, LLC for services and materials furnished on Sendero Project**                                                    $1,043,739.12

| Nature of claim | **Nonpayment claims** |
|---|---|
| Amount requested | **$1,043,739.12** |

Debtor    **Trailhead Engineering LLC**_____    Case number *(If known)* _____
      Name

| | |
|---|---|
| **50% of Project losses under Memorandum of Agreement with Dancar Energy Construction, LLC** | **$18,000,000.00** |
| **Nature of claim**     **Nonpayment claims** | |
| **Amount requested**     **$18,000,000.00** | |

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| | **Mechanic's/Materialman's Lien and Retainage Claim against Navitas Midstream Midland Basin, LLC for amounts unpaid by Dancar Energy Construction, LLC** | **$1,305,139.33** |
| | **Nature of claim**     **Nonpayment claims** | |
| | **Amount requested**     **$1,305,139.33** | |

| | |
|---|---|
| **Mechanic's/Materialman's Lien and Retainage Claim against Port of Brownsville, Texas, TransMontaigne Partners, LP, TransMontaigne Product Services, LLC, and/or PMI Services North America, Inc. for amounts unpaid by Dancar Energy Construction, LLC** | **$740,901.54** |
| **Nature of claim**     **Nonpayment claims** | |
| **Amount requested**     **$740,901.54** | |

| | | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Dancar Energy Construction LLC Payment and Performance Bond on Stateline Project #ASCX10087135 - $5,000,000** | **Unknown** |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | **$43,326,634.04** |
| | Add lines 71 through 77. Copy the total to line 90. | |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |

■ No
☐ Yes

Debtor   **Trailhead Engineering LLC**                                    Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $478,900.78 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $48,176.79 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $622,702.25 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $69,450.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $32,976.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $43,326,634.04 | |
| 91. **Total.** Add lines 80 through 90 for each column | $44,578,839.86 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $44,578,839.86 |

**SCHEDULE B39 - OFFICE FURNITURE**
**Summary by Category**

| Description. | Qty. | Value Ea. | Sum |
|---|---|---|---|
| L-Shaped Desk | 20 | $35.00 | $700.00 |
| Reception Desk | 1 | $65.00 | $65.00 |
| U-Shaped Desk | 13 | $40.00 | $520.00 |
| Plain Desk | 12 | $25.00 | $300.00 |
| Oversized Desk | 1 | $45.00 | $45.00 |
| **Total Desks:** | **47** | | **$1,630.00** |
| | | | |
| Desk Chairs | 55 | $15.00 | $825.00 |
| Guest Chairs | 91 | $10.00 | $910.00 |
| Cushion Chairs | 6 | $15.00 | $90.00 |
| Conference Chairs | 30 | $20.00 | $600.00 |
| Kitchen Chairs | 12 | $5.00 | $60.00 |
| **Total Chairs:** | **194** | | **$2,485.00** |
| | | | |
| Table (Simple) | 10 | $15.00 | $150.00 |
| Table (Round) | 4 | $15.00 | $60.00 |
| Waiting Table | 1 | $15.00 | $15.00 |
| Conference Table | 3 | $100.00 | $300.00 |
| **Total Tables:** | **18** | | **$525.00** |
| | | | |
| Upper Storage | 38 | $20.00 | $760.00 |
| Desk Storage | 1 | $20.00 | $20.00 |
| Long Storage | 1 | $30.00 | $30.00 |
| Storage (General) | 21 | $10.00 | $210.00 |
| Storage Shelves | 2 | $15.00 | $30.00 |
| Book Shelves | 2 | $15.00 | $30.00 |
| Filing Cabinets | 29 | $15.00 | $435.00 |
| Advanced File Cabinet | 1 | $25.00 | $25.00 |
| **Total Storage** | **95** | | **$1,540.00** |
| | | | |
| Whiteboards | 40 | $10.00 | $400.00 |
| Cubicles | 11 | $20.00 | $220.00 |
| Paper Shredder | 1 | $30.00 | $30.00 |
| Microwave | 1 | $30.00 | $30.00 |
| TV | 4 | $100.00 | $400.00 |
| Refrigerator | 1 | $100.00 | $100.00 |
| Auto External Defibrillator | 1 | $25.00 | $25.00 |
| First Aid Center | 1 | $15.00 | $15.00 |
| **Total Miscellaneous** | **60** | | **$1,220.00** |
| | | | |
| **TOTAL FURNITURE VALUE:** | | | **$7,400.00** |

## SCHEDULE B41 - OFFICE EQUIPMENT, COMPUTER EQUIPMENT, ETC.

| Description | Houston Office | Salt Lake City Office | Bellingham Office | Est. Value (each) | Sum |
|---|---|---|---|---|---|
| Laptops - Lenovo X1 | 18 | 9 | 10 | $800.00 | $29,600.00 |
| Laptops - Non-Lenovo X1 | 3 | 3 | 3 | $500.00 | $4,500.00 |
| Towers | 6 | 9 | 1 | $500.00 | $8,000.00 |
| Server | 1 | 1 | 0 | $3,000.00 | $6,000.00 |
| Spare Inventory | | | | $2,400.00 | $2,400.00 |
| Misc. (Switches, WAP) | $3,000.00 | $3,000.00 | $500.00 | | $6,500.00 |
| **TOTAL** | | | | | **$57,000.00** |

**Fill in this information to identify the case:**

Debtor name **Trailhead Engineering LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Accredited Surety and Casualty Co.**<br>Creditor's Name<br><br>**c/o Cinium Underwriters Services Group**<br>**444 Brickell Avenue, Suite 701**<br>**Miami, FL 33131**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**12/16/16; 12/21/16**<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**Rights under payment and performance bonds; personal property on site at bonded projects; subcontracts, accounts, accounts receivable and claims arising from bonded projects**<br><br>**Describe the lien**<br>**Security for obligations under General Agreement of Indemnity & Addenda thereto**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$36,000,000.00** | **Unknown** |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. National Specialty Insurance Company**<br>**2. State National Insurance Company**<br>**3. Accredited Surety and Casualty Co.** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 2.2 | **National Specialty Insurance Company**<br>Creditor's Name<br><br>**c/o Cinium Underwriters Services Group**<br>**444 Brickell Avenue, Suite 701**<br>**Miami, FL 33131**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Rights under payment and performance bonds; personal property on site at bonded projects; subcontracts, accounts, accounts receivable and claims arising from bonded projects**<br><br>**Describe the lien** | **$36,000,000.00** | **Unknown** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Trailhead Engineering LLC**                                    Case number (if know) _____
       Name

**Security for obligations under General**
**Agreement of Indemnity & Addenda thereto**
**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**                    ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**12/16/16**

**Last 4 digits of account number**

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply

☐ No                                        ■ Contingent

■ Yes. Specify each creditor,               ■ Unliquidated
including this creditor and its relative
priority.                                   ■ Disputed
**Specified on line 2.1**

---

| 2.3 | **State National Insurance Company** | | Describe debtor's property that is subject to a lien | **$36,000,000.00** | **Unknown** |

Creditor's Name

**c/o Cinium Underwriters**            **Rights under payment and performance**
**Services Group**                     **bonds; personal property on site at bonded**
**444 Brickell Avenue, Suite**         **projects; subcontracts, accounts, accounts**
**701**                                **receivable and claims arising from bonded**
**Miami, FL 33131**                    **projects**

Creditor's mailing address

                                       **Describe the lien**
                                       **Security for obligations under General**
                                       **Agreement of Indemnity & Addenda thereto**
                                       **Is the creditor an insider or related party?**

                                       ■ No

Creditor's email address, if known     ☐ Yes

                                       **Is anyone else liable on this claim?**

                                       ☐ No

**Date debt was incurred**             ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**12/16/16**

**Last 4 digits of account number**

**Do multiple creditors have an**      **As of the petition filing date, the claim is:**
**interest in the same property?**     Check all that apply

☐ No                                   ■ Contingent

■ Yes. Specify each creditor,          ■ Unliquidated
including this creditor and its relative
priority.                              ■ Disputed
**Specified on line 2.1**

---

| 2.4 | **TD Auto Finance** | | Describe debtor's property that is subject to a lien | **$4,713.00** | **$16,598.00** |

Creditor's Name

**P.O. Box 9223**                      **2012 Jeep Grand Cherokee, VIN**
**Farmington, MI 48333-9223**          **1C4RJFCT1CC103590**

Creditor's mailing address

                                       **Describe the lien**
                                       **Purchase Money Security**
                                       **Is the creditor an insider or related party?**

                                       ■ No

Creditor's email address, if known     ☐ Yes

                                       **Is anyone else liable on this claim?**

                                       ■ No

**Date debt was incurred**             ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**12/16/2013**

**Last 4 digits of account number**
**1005**

**Do multiple creditors have an**      **As of the petition filing date, the claim is:**
**interest in the same property?**     Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Trailhead Engineering LLC**
_____   Case number (*if know*) _____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $108,004,713 .00 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Chiesa Shahinian & Giantomasi PC**<br>**Attn: Marc R. Lepelstat**<br>**One Boland Drive**<br>**West Orange, NJ 07052** | Line  **2.1** | |
| **Strasburger & Price, LLP**<br>**Attn: Christopher R. Ward**<br>**2600 Dallas Pkwy., Suite 600**<br>**Frisco, TX 75034** | Line  **2.2** | |
| **Strasburger & Price, LLP**<br>**Attn: Christopher R. Ward**<br>**2600 Dallas Pkwy., Suite 600**<br>**Frisco, TX 75034** | Line  **2.3** | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 3 of 3

**Fill in this information to identify the case:**

Debtor name **Trailhead Engineering LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|--|--|--|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149,041.27 |
|--|--|--|--|

**(ICS) Innovative Control Solutions**
**1500 Precision Drive, Suite 150**
**Plano, TX 75074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,377.76 |
|--|--|--|--|

**A&B Valve and Piping Systems**
**6118 Westview Drive**
**Houston, TX 77055**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $92,010.00 |
|--|--|--|--|

**Absolute Testing Services Inc.**
**8100 W. Little York Road**
**Houston, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,705.92 |
|--|--|--|--|

**Accurate Measurement Controls**
**1138 Wall Road**
**Broussard, LA 70518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No  ☐ Yes

Debtor   **Trailhead Engineering LLC**
_____   Case number (if known) _____
Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,299.10 |
|---|---|---|---|

**Aces Global**
**7915 Cypress Creek Parkway**
**Suite 214**
**Houston, TX 77070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,000.00 |
|---|---|---|---|

**Archrock Services**
**16666 Northchase Drive**
**Houston, TX 77060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,542.35 |
|---|---|---|---|

**Atlas Copco**
**3037 Industrial Parkway**
**Santa Maria, CA 93455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,848.17 |
|---|---|---|---|

**AWC, Inc.**
**4940 Timber Creek**
**Houston, TX 77017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91,460.00 |
|---|---|---|---|

**BDTL Freight Logistics**
**8000 Research Forest Drive**
**Suite 115-120**
**The Woodlands, TX 77382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,306.00 |
|---|---|---|---|

**Chase Controls, LP**
**702 S. Persimmon #1C**
**Tomball, TX 77375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cinium Financial Services Corporation**
**c/o Cinium Risk Management, LLC**
**54 Friends Land, Suite 110**
**Newtown, PA 18940**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **General Agreement of Indemnity and Addenda thereto**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Trailhead Engineering LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,991.00** |
|---|---|---|---|

**Corpus Christi Electric Co.**
**2323 Leopard Street**
**Corpus Christi, TX 78403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44,439.65** |
|---|---|---|---|

**Custom Power Products**
**749 West Center Street**
**Midvale, UT 84047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58,504.00** |
|---|---|---|---|

**Custom Process Equipment Sales Group**
**2017 E. Jane Street**
**Abbeville, LA 70510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,419,641.50** |
|---|---|---|---|

**Dancar Energy Construction, LLC**
**300 Bo Gibbs Boulevard**
**Glen Rose, TX 76043**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dig WB&W, LLC**
**Location #519**
**P.O. Box 511633**
**Los Angeles, CA 90051-8188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,963.60** |
|---|---|---|---|

**Draeger**
**505 Julie Rivers, Suite 150**
**Sugar Land, TX 77478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125,537.79** |
|---|---|---|---|

**Dragon Products PES, Inc.**
**1655 Louisiana Street**
**Beaumont, TX 77701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Trailhead Engineering LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,057.12** |
|---|---|---|---|

**Drive Marketing**
**8689 S 700 W**
**Sandy, UT 84070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DSCH Capital Partners, LLC d/b/a**
**Far West Capital**
**4601 Spicewood Springs Road**
**Building 2**
**Austin, TX 78759**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Receivables factored by DanCar Energy Construction__

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$282,010.00** |
|---|---|---|---|

**DXP Enterprises, Inc.**
**P.O. Box 1697**
**Houston, TX 77251-1697**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,178.16** |
|---|---|---|---|

**Eads Distribution**
**P.O. Box 732217**
**Dallas, TX 75373-2217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$718,114.60** |
|---|---|---|---|

**Eaton Corporation**
**1000 Cherrington Parkway**
**Moon Township, PA 15108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,926.46** |
|---|---|---|---|

**ECE Solutions**
**411 Business Circle Drive**
**Suite 101**
**Mount Prospect, IL 60056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,483.77** |
|---|---|---|---|

**Enerflex**
**10815 Telge Road**
**Houston, TX 77095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Trailhead Engineering LLC**                                    Case number (if known)
_____
Name

| | | |
|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Flow Safe Supply**<br>**10727 Towers Oak Boulevard**<br>**Houston, TX 77070**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$27,472.35** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Forum US Inc.**<br>**10344 Sam Houston Park Drive**<br>**Houston, TX 77064**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$147,641.00** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Galvanic Applied Sciences Inc.**<br>**7000 Fisher Road SE**<br>**Calgary AB T2H 03W**<br>**CANADA**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$188,906.51** |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**GTMpros (ESSG, LLC)**<br>**7480 Flying Cloud Drive, Suite 200**<br>**Eden Prairie, MN 55344**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,513.69** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Heatec, Inc.**<br>**5200 Wilson Road**<br>**Chattanooga, TN 37410**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$14,208.88** |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Industrial Distributors, Inc.**<br>**4920 Nome Street, Unit A**<br>**Denver, CO 80239**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,246.22** |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Industrial Piping Specialists, Inc.**<br>**606 N. 145th East Avenue**<br>**P.O. Box 581270**<br>**Tulsa, OK 74158**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$90,364.16** |

Debtor  **Trailhead Engineering LLC**                                    Case number (if known)
_____
Name

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,411.77 |
|---|---|---|---|

**Instrument & Valve Services Company (Emerson)**
**8200 Market Boulevard**
**MS PJ15**
**Chanhassen, MN 55317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $908.00 |
|---|---|---|---|

**Interstate Treating, Inc.**
**P.O. Box 1386**
**Odessa, TX 79760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,208.00 |
|---|---|---|---|

**Jet Specialty, Inc.**
**211 Market Avenue**
**Boerne, TX 78006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,531.30 |
|---|---|---|---|

**JM Test Systems**
**7323 Tom Drive**
**Baton Rouge, LA 70806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,595.50 |
|---|---|---|---|

**Knighten Industries, Inc.**
**6427 N. Sam Houston Pkwy West**
**Houston, TX 77086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79,879.00 |
|---|---|---|---|

**Lide Industries, LLC**
**P.O. Box 205642**
**Dallas, TX 75320-5642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,303.13 |
|---|---|---|---|

**Louisiana Valve Source, LLC**
**101 Metals Drive**
**Youngsville, LA 70592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Trailhead Engineering LLC**
      Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**M4 Sales and Equipment LLC**<br>**11104 W. Airport #220**<br>**Stafford, TX 77477**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$18,663.24** |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Magna IV Engineering**<br>**96 Inverness Drive East**<br>**Suite R**<br>**Englewood, CO 80112**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$74,960.00** |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**McGraw Equipment Company**<br>**6819 Hwy 90, Suite 630**<br>**Katy, TX 77494**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$97,632.51** |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Melland Consulting**<br>**2502 LaBranch Street**<br>**Houston, TX 77004**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$29,200.00** |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**MRC Global**<br>**P.O. Box 204392**<br>**Dallas, TX 75320**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$194,199.84** |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Newill LLC**<br>**1329 N. State Street, Suite 207**<br>**Bellingham, WA 98225**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Rent__<br><br>Is the claim subject to offset? ☐ No ■ Yes | **Unknown** |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Norda Stelo**<br>**1015 Av Wilfrid-Pelletier**<br>**Quebec G1W0C4**<br>**CANADA**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Rent__<br><br>Is the claim subject to offset? ☐ No ■ Yes | **Unknown** |

Debtor  **Trailhead Engineering LLC**                                    Case number (if known) _____

Name

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,950.00 |
|---|---|---|---|

**Northeast Power Systems Inc.**
**66 Carey Road**
**Queensbury, NY 12804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,891.50 |
|---|---|---|---|

**Ortloff Engineers Ltd.**
**415 W. Wall, Suite 2000**
**Midland, TX 79701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,667,766.21 |
|---|---|---|---|

**Paradigm Controls of Texas, LLC**
**1032 Lizzie Lane**
**Tomball, TX 77375**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $222,359.66 |
|---|---|---|---|

**Process Technical Services, Inc.**
**14550 Torrey Chase Blvd. #220**
**Houston, TX 77014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,252.09 |
|---|---|---|---|

**Puffer Sweiven**
**4230 Greenbriar Drive**
**Stafford, TX 77477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133,490.26 |
|---|---|---|---|

**R4 Specialties, Inc.**
**10111 Grant Road, Suite Q**
**Houston, TX 77070-4533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,464.54 |
|---|---|---|---|

**Rawson, Inc.**
**2010 McAllister**
**Houston, TX 77092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Trailhead Engineering LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,443.16** |
|---|---|---|---|

**Rexel, Inc.**
**14951 Dallas Parkway**
**Dallas, TX 75251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$226,133.06** |
|---|---|---|---|

**Rosemount**
**22727 Network Place**
**Chicago, IL 60673-1227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$144,008.57** |
|---|---|---|---|

**SCS Technologies, LLC**
**P.O. Box 807**
**Big Spring, TX 79721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sendero Carlsbad Midstream, LLC**
**1000 Louisiana Street**
**Suite 6900**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Engineering, Procurement, and Construction Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$106,895.50** |
|---|---|---|---|

**Shawndra Products, Inc.**
**1514 Rochester Street**
**Lima, NY 14485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$97,640.78** |
|---|---|---|---|

**Standard Industrial Structures Corp.**
**2665 Westhollow Drive**
**Houston, TX 77082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Stateline Processing, LLC**
**c/o Howard Midstream Energy Partners LLC**
**16211 La Cantera Parkway, Suite 202**
**San Antonio, TX 78256**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lump Sum Construction Contract**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor   **Trailhead Engineering LLC**                                    Case number (if known) _____
_____
Name

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Targa Southern Delaware, LLC**
**Targa Resources, LLC**
**1000 Louisiana Street**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Engineering, Procurement, and Construction Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,557.66** |

**Tech-Quip Inc.**
**11711 Playa Court**
**Houston, TX 77034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$62,672.57** |

**Total Valve**
**301 Cardinal Drive**
**Lafayette, LA 70508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$99,769.66** |

**Trans-Tech Energy LLC**
**14527 US Highway 64 Alt West**
**Rocky Mount, NC 27801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,721.94** |

**Tulsa Heaters Midstream LLC**
**1215 S. Boulder Ave**
**Suite 1040**
**Tulsa, OK 74119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$76,579.08** |

**Turtle & Hughes, Inc.**
**6611 Supply Row**
**Houston, TX 77011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$155,442.60** |

**UEC, LLC**
**P.O. Box 5101**
**Denver, CO 80217-5101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Trailhead Engineering LLC**                                    Case number *(if known)* _____
                        Name

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,321.51 |

**United Pump & Supply**
**301 West 2nd Street**
**Odessa, TX 79761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $362.63 |

**Visa**
**201 South Main Street, Suite 180**
**Salt Lake City, UT 84111-2206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $455,149.74 |

**Wilson Instruments, LLC**
**P.O. Box 552**
**Carthage, TX 75633**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83,968.44 |

**Winn-Marion, Inc.**
**7084 S. Revere Parkway, Unit A**
**Centennial, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

|  | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Andrews Myers, P.C.**<br>**Attn: W. Jason Walker**<br>**1885 Saint James Place, 15th Floor**<br>**Houston, TX 77056** | Line **3.28**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Gray Reed**<br>**Attn: Joe Virene**<br>**1300 Post Oak Boulevard, Suite 2000**<br>**Houston, TX 77056** | Line **3.2**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Jones Walker LLP**<br>**Attn: Joseph E. Bain**<br>**811 Main Street, Suite 2900**<br>**Houston, TX 77002** | Line **3.57**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Orgain Bell & Tucker LLP**<br>**Attn: John Seth Bullard**<br>**P.O. Box 1751**<br>**Beaumont, TX 77704-1751** | Line **3.18**<br><br>☐ Not listed. Explain ____ | __ |

| Debtor | **Trailhead Engineering LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Peckar & Abramson, P.C.**<br>**Attn: Tracy Russell Galimore**<br>**3050 Post Oak Blvd., Ste. 500**<br>**Houston, TX 77056** | Line **3.61**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Peckar & Abramson, PC**<br>**Attn: Angela A. L. Connor**<br>**3050 Post Oak Boulevard, Suite 500**<br>**Houston, TX 77056** | Line **3.58**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Porter & Hedges LLP**<br>**Attn: Amy K. Wolfshohl**<br>**1000 Main Street, 36th Floor**<br>**Houston, TX 77002** | Line **3.60**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Scheef & Stone, L.L.P.**<br>**Attn: Patrick Schurr**<br>**2600 Network Boulevard**<br>**Suite 400**<br>**Frisco, TX 75034** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Schober & Schober**<br>**Attn: Teresa Schober**<br>**400 West 15th Street**<br>**Suite 1405**<br>**Austin, TX 78701** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Strasburger & Price, LLP**<br>**Attn: Christopher R. Ward**<br>**2600 Dallas Pkwy., Suite 600**<br>**Frisco, TX 75034** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 25,152,124.48 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 25,152,124.48 |

**Fill in this information to identify the case:**

Debtor name **Trailhead Engineering LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Service Order No. 6055TRA-001 to provide commissioning and start-up support services at LPG Plant for Mafumeira Sul Platform Project (P6055) dated 7/26/17, and Amendment No. 1 thereto dated 8/23/17** | |
| | State the term remaining | **N/A** | **Daewoo Shipbuilding & Marine Engineering Offshore PM Dept., 3rd Floor Support Ctr 3370, Geoje-daero Geoje-si, Gyeonsangnam-do 656-714 KOREA** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of office building at 11931 Wickchester Lane, Suite 300, Houston, Texas 77043** | |
| | State the term remaining | **through 6/1/19** | **Dig WB&W, LLC Location #519 P.O. Box 511633 Los Angeles, CA 90051-8188** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Blanket Purchase Order No. 70313532 to provide consulting engineering and design services for the Cove Point Liquefaction Project from 10/28/16 through 1/31/18** | |
| | State the term remaining | **N/A** | **Dominion Cove Point LNG, LP 50 Jibsail Drive Prince Frederick, MD 20678** |
| | List the contract number of any government contract | | |

Debtor 1   **Trailhead Engineering LLC**

First Name          Middle Name          Last Name          Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of office building at 1329 N. State Street, Suite 215, Bellingham, WA 98225** | |
| | State the term remaining | **through 9/30/20** | |
| | List the contract number of any government contract | | **Newill LLC**<br>**1329 N. State Street, Suite 207**<br>**Bellingham, WA 98225** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of office building at 9815 South Monroe Street, Suite 100, Sandy, UT 84070** | |
| | State the term remaining | **through 2/28/19** | |
| | List the contract number of any government contract | | **Norda Stelo**<br>**1015 Av Wilfrid-Pelletier**<br>**Quebec G1W0C4**<br>**CANADA** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Trailhead Engineering LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Brian Maddox** | **1210 Krist Drive**<br>**Houston, TX 77055** | **Cinium Financial Services Corporation** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.2 | **Brian Maddox** | **1210 Krist Drive**<br>**Houston, TX 77055** | **National Specialty Insurance Company** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Brian Maddox** | **1210 Krist Drive**<br>**Houston, TX 77055** | **State National Insurance Company** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Brian Maddox** | **1210 Krist Drive**<br>**Houston, TX 77055** | **Accredited Surety and Casualty Co.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **C. Crawford Enterprises, LLC** | **1210 Krist Drive**<br>**Houston, TX 77055** | **Cinium Financial Services Corporation** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor **Trailhead Engineering LLC**                                   Case number *(if known)* _____

▉  **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

Column 1: **Codebtor**                                   Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.6 | **C. Crawford Enterprises, LLC** | **1210 Krist Drive**<br>**Houston, TX 77055** | **National Specialty Insurance Company** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **C. Crawford Enterprises, LLC** | **1210 Krist Drive**<br>**Houston, TX 77055** | **State National Insurance Company** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **C. Crawford Enterprises, LLC** | **1210 Krist Drive**<br>**Houston, TX 77055** | **Accredited Surety and Casualty Co.** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Coby Crawford** | **13407 Missarah Lane**<br>**Cypress, TX 77429** | **Cinium Financial Services Corporation** | ☐ D _____<br>■ E/F ___3.11___<br>☐ G _____ |
| 2.10 | **Coby Crawford** | **13407 Missarah Lane**<br>**Cypress, TX 77429** | **National Specialty Insurance Company** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Coby Crawford** | **13407 Missarah Lane**<br>**Cypress, TX 77429** | **State National Insurance Company** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Coby Crawford** | **13407 Missarah Lane**<br>**Cypress, TX 77429** | **Accredited Surety and Casualty Co.** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Keri Maddox** | **1210 Krist Drive**<br>**Houston, TX 77055** | **Cinium Financial Services Corporation** | ☐ D _____<br>■ E/F ___3.11___<br>☐ G _____ |

Debtor   **Trailhead Engineering LLC**                                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Keri Maddox** | 1210 Krist Drive<br>Houston, TX 77055 | **National Specialty Insurance Company** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.15 | **Keri Maddox** | 1210 Krist Drive<br>Houston, TX 77055 | **State National Insurance Company** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.16 | **Keri Maddox** | 1210 Krist Drive<br>Houston, TX 77055 | **Accredited Surety and Casualty Co.** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.17 | **Sandra Crawford** | 13407 Missarah Lane<br>Cypress, TX 77429 | **Cinium Financial Services Corporation** | ☐ D ____<br>■ E/F __3.11__<br>☐ G ____ |
| 2.18 | **Sandra Crawford** | 13407 Missarah Lane<br>Cypress, TX 77429 | **National Specialty Insurance Company** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.19 | **Sandra Crawford** | 13407 Missarah Lane<br>Cypress, TX 77429 | **State National Insurance Company** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.20 | **Sandra Crawford** | 13407 Missarah Lane<br>Cypress, TX 77429 | **Accredited Surety and Casualty Co.** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.21 | **Sigma, LLC** | 1210 Krist Drive<br>Houston, TX 77055 | **Cinium Financial Services Corporation** | ☐ D ____<br>■ E/F __3.11__<br>☐ G ____ |

Debtor   **Trailhead Engineering LLC**                                            Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                           Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.22 | **Sigma, LLC** | 1210 Krist Drive<br>Houston, TX 77055 | **National Specialty Insurance Company** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | **Sigma, LLC** | 1210 Krist Drive<br>Houston, TX 77055 | **State National Insurance Company** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | **Sigma, LLC** | 1210 Krist Drive<br>Houston, TX 77055 | **Accredited Surety and Casualty Co.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | **Tri Ingenium Amicus, LLC** | 1210 Krist Drive<br>Houston, TX 77055 | **Cinium Financial Services Corporation** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.26 | **Tri Ingenium Amicus, LLC** | 1210 Krist Drive<br>Houston, TX 77055 | **National Specialty Insurance Company** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.27 | **Tri Ingenium Amicus, LLC** | 1210 Krist Drive<br>Houston, TX 77055 | **State National Insurance Company** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.28 | **Tri Ingenium Amicus, LLC** | 1210 Krist Drive<br>Houston, TX 77055 | **Accredited Surety and Casualty Co.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.29 | **WaveTech LLC** | 1210 Krist Drive<br>Houston, TX 77055 | **Cinium Financial Services Corporation** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |

Debtor   **Trailhead Engineering LLC**                     Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                        *Column 2:* **Creditor**

2.30  **WaveTech LLC**      **1210 Krist Drive**        **National Specialty**        ■ D  __2.2__
                            **Houston, TX 77055**       **Insurance Company**         □ E/F _____
                                                                                      □ G _____

2.31  **WaveTech LLC**      **1210 Krist Drive**        **State National**            ■ D  __2.3__
                            **Houston, TX 77055**       **Insurance Company**         □ E/F _____
                                                                                      □ G _____

2.32  **WaveTech LLC**      **1210 Krist Drive**        **Accredited Surety**         ■ D  __2.1__
                            **Houston, TX 77055**       **and Casualty Co.**          □ E/F _____
                                                                                      □ G _____

**Fill in this information to identify the case:**

Debtor name **Trailhead Engineering LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$7,753,229.25** |
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$90,904,621.43** |
| **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$14,193,895.56** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | **Interest income from savings account** | **$700.99** |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor   **Trailhead Engineering LLC**                                     Case number *(if known)*

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **(ICS) Innovative Control Solutions**<br>**1500 Precision Dr., Ste. 150**<br>**Plano, TX 75074** | 2/7/18;<br>2/9/18; 3/1/18 | $113,360.54 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Aconex**<br>**250 Montgomery Street, 10th Floor**<br>**San Francisco, CA 94104** | 2/6/18 | $7,200.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **ADP**<br>**Attn: Legal Department**<br>**One ADP Boulevard**<br>**Roseland, NJ 07068** | 5/1/18 | $30,487.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. | **Aldridge Company**<br>**4543 Post Oak Place Drive**<br>**Houston, TX 77027** | 5/2/18 | $13,087.71 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. | **Andrew Lewis**<br>**1725 Cambridge Dr**<br>**Providence Village, TX 76227** | 2/22/18;<br>3/13/18 | $21,695.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. | **Anixter Inc.**<br>**2301 Patriot Boulevard**<br>**Glenview, IL 60026** | 3/2/18 | $867,620.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | **Atlas Copco**<br>**3037 Industrial Parkway**<br>**Santa Maria, CA 93455** | 2/7/18; 3/1/18 | $118,831.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **Trailhead Engineering LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8. **Benchmark Electrical Solutions Inc.**<br>3665 Canal Dr., Unit A<br>Fort Collins, CO 80550 | 3/2/18 | $150,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **BW Design Group**<br>8020 Forsyth Blvd.<br>Saint Louis, MO 63105 | 2/7/18;<br>3/26/18;<br>4/24/18 | $125,276.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.10. **Calcatrix Research & Engineering**<br>2650 Pyeatt Place<br>Bellingham, WA 98226 | 2/9/18; 3/8/18 | $27,993.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11. **Dancar Energy Construction, LLC**<br>300 Bo Gibbs Blvd.<br>Glen Rose, TX 76043 | 2/14/18;<br>2/28/18 | $1,344,999.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **DEF Engineering**<br>2685 S. Hartford<br>Salt Lake City, UT 84106 | 3/14/18 | $74,976.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13. **Dig WB&W, LLC**<br>Location #519<br>P.O. Box 511633<br>Los Angeles, CA 90051-8188 | 3/13/18;<br>3/28/18 | $36,298.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lessor** |
| 3.14. **DNOW L.P.**<br>7401 North Eldridge Parkway<br>Houston, TX 77041 | 2/2/18 | $27,510.94 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **Dragon Products PES, Inc.**<br>1655 Louisiana St.<br>Beaumont, TX 77701 | 2/7/18 | $88,492.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Trailhead Engineering LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.16. | **Enerflex**<br>**10815 Telge Road**<br>**Houston, TX 77095** | **2/7/18; 2/9/18** | **$104,397.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17. | **James Long**<br>**110 Dillon Lane**<br>**New Bern, NC 28562** | **2/9/18;**<br>**3/27/18** | **$13,525.42** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.18. | **James R. Sharpe**<br>**12429 N. Riviera Drive**<br>**Sun City, AZ 85351** | **3/14/18** | **$10,575.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.19. | **Lake Creek Energy Services**<br>**9051 Grand Lake Estates Dr.**<br>**Montgomery, TX 77316** | **4/5/18** | **$8,273.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.20. | **McGraw Equipment Company**<br>**6819 Hwy 90, Suite 630**<br>**Katy, TX 77494** | **2/7/18** | **$47,120.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. | **Melland Consulting, LLC**<br>**2502 La Branch Street**<br>**Houston, TX 77004** | **3/14/18;**<br>**4/10/18** | **$139,118.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.22. | **Norda Stelo**<br>**1015 Av Wilfrid-Pelletier**<br>**Quebec G1W0C4**<br>**CANADA** | **2/28/18** | **$10,584.58** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Lessor**__ |
| 3.23. | **Ortloff Engineers, Ltd.**<br>**415 W. Wall, Suite 2000**<br>**Midland, TX 79701** | **3/1/18** | **$258,456.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Trailhead Engineering LLC**                                     Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.24. **Process Technical Services, Inc.**<br>14550 Torrey Chase Blvd. #220<br>Houston, TX 77014 | 2/7/18 | $13,622.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.25. **Puffer Sweiven**<br>4230 Greenbriar Dr.<br>Stafford, TX 77477 | 2/7/18; 3/1/18 | $48,005.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26. **Ralph W. Neumann, P.E.**<br>4126 Luong Field Ct<br>Katy, TX 77494 | 3/14/18;<br>4/24/18 | $33,900.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.27. **Scott Douglass & McConnico, LLP**<br>303 Colorado Street, Suite 2400<br>Austin, TX 78701 | 3/6/18 | $25,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Retainer for legal services** |
| 3.28. **Standard Structures, Inc.**<br>1500 W. I-20<br>Odessa, TX 79763 | 2/15/18;<br>3/1/18 | $150,316.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29. **TAAL Tech India**<br>GGR Tower, 2nd Floor<br>Sy #18/2b, Ambalipura Rd, Bellandur Gate<br>BANGALORE 561 103<br>INDIA | 2/12/18;<br>3/23/18;<br>4/24/18 | $148,591.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.30. **Texas Comptroller of Public Accounts**<br>P.O. Box 13528 Capitol Station<br>Austin, TX 78711 | 5/1/18 | $512,663.79 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Sales & Use Taxes** |
| 3.31. **Todd Tobin**<br>10307 Chelshurst Way Court<br>Spring, TX 77379 | 3/8/18 | $44,695.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor   **Trailhead Engineering LLC** _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.32. **Tulsa Heaters Midstream LLC**<br>**1215 S. Boulder Ave**<br>**Suite 1040**<br>**Tulsa, OK 74119** | **3/1/18** | **$15,436.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.33. **Turtle & Hughes, Inc.**<br>**6611 Supply Row**<br>**Houston, TX 77011** | **2/7/18** | **$6,701.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.34. **Virginia Transformer Corp.**<br>**220 Glade View Drive**<br>**Roanoke, VA 24012** | **2/7/18** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.35. **Waller Lansden Dortch & Davis, LLP**<br>**100 Congress Avenue, Suite 1800**<br>**Austin, TX 78701** | **3/5/18;**<br>**3/22/18** | **$30,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Retainer for**<br>**(non-bankruptcy) legal**<br>**services** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

Official Form 207   Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   page **6**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor   **Trailhead Engineering LLC**          Case number *(if known)*_____

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved
in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Jetco Delivery, LLC v. R&R Engineering Co., Inc., Flatiron Field Services LLC, Joule Processing LLC and Trailhead Engineering LLC<br>181100075168 | Contract | Harris County Justice Court, PCT 1, PL 1<br>7300 N. Shepherd Drive, Room 138<br>Houston, TX 77091 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Navitas Midstream Midland Basin, LLC v. Safe Rack, LLC; Barnhart Bolt & Special Fasteners, Inc.; Corey Sly Electrical Service, Inc.; et al<br>CV54405 | Contract | 385th Judicial Dist. of Midland County<br>500 N. Loraine Street, Suite 300<br>Midland, TX 79701 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a
receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of
the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Greater Houston Community | Hurricane Harvey donations | 9/29/17 | $6,770.00 |
| | Recipients relationship to debtor<br>N/A | | | |

| Part 5: | Certain Losses |
|---|---|

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11.  Payments related to bankruptcy**

Debtor  **Trailhead Engineering LLC**                              Case number *(if known)*

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Waller Lansden Dortch & Davis, LLP 100 Congress Avenue 18th Floor Austin, TX 78701** | | **March 7, 2018** | **$20,000.00** |
| | **Email or website address** **www.wallerlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **230 W. 200 S. 3301 Salt Lake City, UT 84101** | **December 2013 to March 2017** |
| 14.2. | **11767 Katy Freeway, Suite 1170 Houston, TX 77079** | **October 2015 to May 2016** |
| 14.3. | **16430 Park Ten Place Suite 675 Houston, TX 77084** | **July 2016 to July 2017** |

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor   **Trailhead Engineering LLC**                                        Case number *(if known)*

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Trailhead Engineering 401(k) Plan** | EIN:  **460306** |

Has the plan been terminated?
■ No
☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chase Bank**<br>**201 Main Street**<br>**Salt Lake City, UT 84111** | **XXXX-8589** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **11/30/17** | **$16,045.10** |
| 18.2. | **Chase Bank**<br>**201 Main Street**<br>**Salt Lake City, UT 84111** | **XXXX-4526** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **11/30/17** | **$8.09** |

Debtor   **Trailhead Engineering LLC**                                    Case number *(if known)*

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.3. | **Frost Bank**<br>**Town & Country Village**<br>**600 W. Sam Houston**<br>**Parkway North**<br>**Suite 730**<br>**Houston, TX 77024-3993** | **XXXX-7391** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **4/16/18** | **$19,726.88** |
| 18.4. | **Frost Bank**<br>**Town & Country Village**<br>**600 W. Sam Houston**<br>**Parkway North**<br>**Suite 730**<br>**Houston, TX 77024-3993** | **XXXX-1635** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **4/16/18** | **$9,951.56** |
| 18.5. | **Frost Bank**<br>**Town & Country Village**<br>**600 W. Sam Houston**<br>**Parkway North**<br>**Suite 730**<br>**Houston, TX 77024-3993** | **XXXX-1651** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **4/16/18** | **$2,363.14** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Debtor    **Trailhead Engineering LLC**                                     Case number *(if known)*

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☑  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
     Include this information even if already listed in the Schedules.

☑  None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

26.  **Books, records, and financial statements**
     26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐  None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1.    **R. Mark Myers**<br>**621 W. 3550 S.**<br>**Riverdale, UT 84405** | **8/10/2014 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐  None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26b.1.    **Purser & Associates**<br>**9980 S. 300 W. #200**<br>**Sandy, UT 84070** | **2014 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor   **Trailhead Engineering LLC**                                      Case number *(if known)*

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **R. Mark Myers**<br>**621 W. 3550 S.**<br>**Riverdale, UT 84405** | |
| 26c.2.   **Purser & Associates**<br>**9980 S. 300 W., #200**<br>**Sandy, UT 84070** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Frost Bank**<br>**Town & Country Village Branch**<br>**600 West Sam Houston Parkway North**<br>**Suite 730**<br>**Houston, TX 77024-3993** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brian L. Maddox | 1210 Krist<br>Houston, TX 77055 | Member and Manager | 50 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Coby Crawford | 13407 Missarah Ln<br>Cypress, TX 77429 | Member and Manager | 50 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   __Trailhead Engineering LLC__                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Coby Crawford**<br>**13407 Missarah Lane**<br>**Cypress, TX 77429** | **225,000.00** | **1/1/2017 -**<br>**12/31/2017** | **Salary** |
| | Relationship to debtor<br>**Member and Manager** | | | |
| 30.2. | **Brian L. Maddox**<br>**1210 Krist Drive**<br>**Houston, TX 77055** | **225,000.00** | **1/1/2017 -**<br>**12/31/2017** | **Salary** |
| | Relationship to debtor<br>**Member and Manager** | | | |
| 30.3. | **Coby Crawford**<br>**13407 Missarah Lane**<br>**Cypress, TX 77429** | **83,336.00** | **1/1/2018 -**<br>**5/2/2018** | **Salary** |
| | Relationship to debtor<br>**Member and Manager** | | | |
| 30.4. | **Brian L. Maddox**<br>**1210 Krist Drive**<br>**Houston, TX 77055** | **83,336.00** | **1/1/2018 -**<br>**5/2/2018** | **Salary** |
| | Relationship to debtor<br>**Member and Manager** | | | |
| 30.5. | **Coby Crawford**<br>**13407 Missarah Lane**<br>**Cypress, TX 77429** | **Transferred 2014 Ford Explorer Sport;**<br>**$15,000.00** | **July or**<br>**August 2017** | **Employment**<br>**Compensation** |
| | Relationship to debtor<br>**Member and Manager** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor   **Trailhead Engineering LLC**                                  Case number *(if known)*

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  3, 2018**

**/s/ Brian L. Maddox**                              **Brian L. Maddox**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Texas

In re **Trailhead Engineering LLC**

_____ Case No. _____
Debtor(s)                                    Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **20,000.00** |
| Prior to the filing of this statement I have received | $ | **20,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor          ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☐ Debtor          ■ Other (specify):      **None to be paid**

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         **Services normally and reasonably associated with this type of engagement which the Firm is requested and is
         able to provide and which are consistent with its ethical obligations.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of Debtor or anyone else in connection with chapter 5 actions that may be initiated in any
     bankruptcy case; any advice or other legal services relating to federal or state tax or securities laws.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**May  3, 2018**
_____
_Date_

/s/ **Cleveland R. Burke**
_____
**Cleveland R. Burke (Email:**
**cleveland.burke@wallerlaw.com)**
_Signature of Attorney_
**Waller Lansden Dortch & Davis LLP**
**100 Congress Avenue**
**Suite 1800**
**Austin, TX 78701-4042**
**512-685-6400  Fax: 512-685-6417**
_Name of law firm_

---

# United States Bankruptcy Court
## Southern District of Texas

In re __Trailhead Engineering LLC__

                                            Debtor(s)

Case No. _____

Chapter __7__

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __May  3, 2018__

__/s/ Brian L. Maddox__

__Brian L. Maddox__/__Chief Executive Officer__
Signer/Title

(ICS) Innovative Control Solutions
1500 Precision Drive, Suite 150
Plano, TX 75074


A&B Valve and Piping Systems
6118 Westview Drive
Houston, TX 77055


Absolute Testing Services Inc.
8100 W. Little York Road
Houston, TX 77040


Accredited Surety and Casualty Co.
c/o Cinium Underwriters Services Group
444 Brickell Avenue, Suite 701
Miami, FL 33131


Accurate Measurement Controls
1138 Wall Road
Broussard, LA 70518


Aces Global
7915 Cypress Creek Parkway
Suite 214
Houston, TX 77070


Andrews Myers, P.C.
Attn: W. Jason Walker
1885 Saint James Place, 15th Floor
Houston, TX 77056


Archrock Services
16666 Northchase Drive
Houston, TX 77060

Atlas Copco
3037 Industrial Parkway
Santa Maria, CA 93455


AWC, Inc.
4940 Timber Creek
Houston, TX 77017


BDTL Freight Logistics
8000 Research Forest Drive
Suite 115-120
The Woodlands, TX 77382


Brian Maddox
1210 Krist Drive
Houston, TX 77055


C. Crawford Enterprises, LLC
1210 Krist Drive
Houston, TX 77055


Chase Controls, LP
702 S. Persimmon #1C
Tomball, TX 77375


Chiesa Shahinian & Giantomasi PC
Attn: Marc R. Lepelstat
One Boland Drive
West Orange, NJ 07052


Cinium Financial Services Corporation
c/o Cinium Risk Management, LLC
54 Friends Land, Suite 110
Newtown, PA 18940

Coby Crawford
13407 Missarah Lane
Cypress, TX 77429


Corpus Christi Electric Co.
2323 Leopard Street
Corpus Christi, TX 78403


Crady, Jewett & McCulley, LLP
Attn: William Sudela
2727 Allen Parkway, Suite 1700
Houston, TX 77019


Custom Power Products
749 West Center Street
Midvale, UT 84047


Custom Process Equipment Sales Group
2017 E. Jane Street
Abbeville, LA 70510


Daewoo Shipbuilding & Marine Engineering
Offshore PM Dept., 3rd Floor Support Ctr
3370, Geoje-daero
Geoje-si, Gyeonsangnam-do 656-714
KOREA


Dancar Energy Construction, LLC
300 Bo Gibbs Boulevard
Glen Rose, TX 76043


Dig WB&W, LLC
Location #519
P.O. Box 511633
Los Angeles, CA 90051-8188

Dominion Cove Point LNG, LP
50 Jibsail Drive
Prince Frederick, MD 20678


Draeger
505 Julie Rivers, Suite 150
Sugar Land, TX 77478


Dragon Products PES, Inc.
1655 Louisiana Street
Beaumont, TX 77701


Drive Marketing
8689 S 700 W
Sandy, UT 84070


DSCH Capital Partners, LLC d/b/a
Far West Capital
4601 Spicewood Springs Road
Building 2
Austin, TX 78759


DXP Enterprises, Inc.
P.O. Box 1697
Houston, TX 77251-1697


Eads Distribution
P.O. Box 732217
Dallas, TX 75373-2217


Eaton Corporation
1000 Cherrington Parkway
Moon Township, PA 15108

ECE Solutions
411 Business Circle Drive
Suite 101
Mount Prospect, IL 60056


Enerflex
10815 Telge Road
Houston, TX 77095


Flow Safe Supply
10727 Towers Oak Boulevard
Houston, TX 77070


Forum US Inc.
10344 Sam Houston Park Drive
Houston, TX 77064


Galvanic Applied Sciences Inc.
7000 Fisher Road SE
Calgary AB T2H 03W
CANADA


Gray Reed
Attn: Joe Virene
1300 Post Oak Boulevard, Suite 2000
Houston, TX 77056


GTMpros (ESSG, LLC)
7480 Flying Cloud Drive, Suite 200
Eden Prairie, MN 55344


Heatec, Inc.
5200 Wilson Road
Chattanooga, TN 37410

Industrial Distributors, Inc.
4920 Nome Street, Unit A
Denver, CO 80239


Industrial Piping Specialists, Inc.
606 N. 145th East Avenue
P.O. Box 581270
Tulsa, OK 74158


Instrument & Valve Services Company
(Emerson)
8200 Market Boulevard
MS PJ15
Chanhassen, MN 55317


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Interstate Treating, Inc.
P.O. Box 1386
Odessa, TX 79760


Jet Specialty, Inc.
211 Market Avenue
Boerne, TX 78006


JM Test Systems
7323 Tom Drive
Baton Rouge, LA 70806


Jones Walker LLP
Attn: Joseph E. Bain
811 Main Street, Suite 2900
Houston, TX 77002

Keri Maddox
1210 Krist Drive
Houston, TX 77055


Knighten Industries, Inc.
6427 N. Sam Houston Pkwy West
Houston, TX 77086


Lide Industries, LLC
P.O. Box 205642
Dallas, TX 75320-5642


Louisiana Valve Source, LLC
101 Metals Drive
Youngsville, LA 70592


M4 Sales and Equipment LLC
11104 W. Airport #220
Stafford, TX 77477


Magna IV Engineering
96 Inverness Drive East
Suite R
Englewood, CO 80112


McGraw Equipment Company
6819 Hwy 90, Suite 630
Katy, TX 77494


Melland Consulting
2502 LaBranch Street
Houston, TX 77004

MRC Global
P.O. Box 204392
Dallas, TX 75320


National Specialty Insurance Company
c/o Cinium Underwriters Services Group
444 Brickell Avenue, Suite 701
Miami, FL 33131


Navitas Midstream Midland Basin, LLC
9303 New Trails Drive, Suite 400
The Woodlands, TX 77381


Newill LLC
1329 N. State Street, Suite 207
Bellingham, WA 98225


Norda Stelo
1015 Av Wilfrid-Pelletier
Quebec G1W0C4
CANADA


Northeast Power Systems Inc.
66 Carey Road
Queensbury, NY 12804


Office of The United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002


Orgain Bell & Tucker LLP
Attn: John Seth Bullard
P.O. Box 1751
Beaumont, TX 77704-1751

Ortloff Engineers Ltd.
415 W. Wall, Suite 2000
Midland, TX 79701


Paradigm Controls of Texas, LLC
1032 Lizzie Lane
Tomball, TX 77375


Peckar & Abramson, P.C.
Attn: Tracy Russell Galimore
3050 Post Oak Blvd., Ste. 500
Houston, TX 77056


Peckar & Abramson, PC
Attn: Angela A. L. Connor
3050 Post Oak Boulevard, Suite 500
Houston, TX 77056


PMI Services North America, Inc.
3200 Fannin, Suite 3200
Houston, TX 77010


Porter & Hedges LLP
Attn: Amy K. Wolfshohl
1000 Main Street, 36th Floor
Houston, TX 77002


Process Technical Services, Inc.
14550 Torrey Chase Blvd. #220
Houston, TX 77014


Puffer Sweiven
4230 Greenbriar Drive
Stafford, TX 77477

R4 Specialties, Inc.
10111 Grant Road, Suite Q
Houston, TX 77070-4533


Rawson, Inc.
2010 McAllister
Houston, TX 77092


Rexel, Inc.
14951 Dallas Parkway
Dallas, TX 75251


Rosemount
22727 Network Place
Chicago, IL 60673-1227


Sandra Crawford
13407 Missarah Lane
Cypress, TX 77429


Scheef & Stone, L.L.P.
Attn: Patrick Schurr
2600 Network Boulevard
Suite 400
Frisco, TX 75034


Schober & Schober
Attn: Teresa Schober
400 West 15th Street
Suite 1405
Austin, TX 78701


SCS Technologies, LLC
P.O. Box 807
Big Spring, TX 79721

Sendero Carlsbad Midstream, LLC
1000 Louisiana Street
Suite 6900
Houston, TX 77002


Shawndra Products, Inc.
1514 Rochester Street
Lima, NY 14485


Sigma, LLC
1210 Krist Drive
Houston, TX 77055


Standard Industrial Structures Corp.
2665 Westhollow Drive
Houston, TX 77082


State National Insurance Company
c/o Cinium Underwriters Services Group
444 Brickell Avenue, Suite 701
Miami, FL 33131


Stateline Processing, LLC
c/o Howard Midstream Energy Partners LLC
16211 La Cantera Parkway, Suite 202
San Antonio, TX 78256


Strasburger & Price, LLP
Attn: Christopher R. Ward
2600 Dallas Pkwy., Suite 600
Frisco, TX 75034


Targa Southern Delaware, LLC
Targa Resources, LLC
1000 Louisiana Street
Houston, TX 77002

TD Auto Finance
P.O. Box 9223
Farmington, MI 48333-9223

Tech-Quip Inc.
11711 Playa Court
Houston, TX 77034

Texas Comptroller of Public Accounts
Revenue Accounting Div.-Bankruptcy Sec.
P.O. Box 13528 Capitol Station
Austin, TX 78711

Total Valve
301 Cardinal Drive
Lafayette, LA 70508

Trans-Tech Energy LLC
14527 US Highway 64 Alt West
Rocky Mount, NC 27801

Tri Ingenium Amicus, LLC
1210 Krist Drive
Houston, TX 77055

Tulsa Heaters Midstream LLC
1215 S. Boulder Ave
Suite 1040
Tulsa, OK 74119

Turtle & Hughes, Inc.
6611 Supply Row
Houston, TX 77011

UEC, LLC
P.O. Box 5101
Denver, CO 80217-5101


United Pump & Supply
301 West 2nd Street
Odessa, TX 79761


Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT 84116


Visa
201 South Main Street, Suite 180
Salt Lake City, UT 84111-2206


Washington State
Department of Labor & Industries
P.O. Box 44000
Olympia, WA 98504-4000


Washington State Department of Revenue
Treasury Management
P.O. Box 47464
Olympia, WA 98504-7464


WaveTech LLC
1210 Krist Drive
Houston, TX 77055


Wilson Instruments, LLC
P.O. Box 552
Carthage, TX 75633

```
Winn-Marion, Inc.
7084 S. Revere Parkway, Unit A
Centennial, CO 80112
```

# United States Bankruptcy Court
## Southern District of Texas

In re    __Trailhead Engineering LLC__

                      Debtor(s)

Case No.

Chapter    __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Trailhead Engineering LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__May  3, 2018__

Date

__/s/ Cleveland R. Burke__

__Cleveland R. Burke (Email: cleveland.burke@wallerlaw.com)__

Signature of Attorney or Litigant

Counsel for    __Trailhead Engineering LLC__

__Waller Lansden Dortch & Davis LLP__

__100 Congress Avenue__
__Suite 1800__
__Austin, TX 78701-4042__
__512-685-6400 Fax:512-685-6417__