

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/25/2018

In re:

TRAILHEAD ENGINEERING, LLC,

Debtor.

CASE No. 18-32414

CHAPTER 7

ORDER APPROVING COMPROMISE BETWEEN THE DEBTOR
AND DAEWOO SHIPBUILDING & MARINE ENGINEERING CO. LTD.
PURSUANT TO BANKRUPTCY RULE 9019
[This order relates to ECF No. 110]

THE COURT, having considered the Trustee's *Motion to Approve Compromise Between the Trustee and Daewoo Shipbuilding & Marine Engineering Co. Ltd. Pursuant to Bankruptcy Rule 9019* ("Motion"), any responses or objections to the Motion, the representations of counsel, and the record in this case, finds that (i) notice of and hearing on the Motion was adequate and appropriate, (ii) the Parties established that the Settlement meets the applicable standard for approval of settlements under the Bankruptcy Code and the Fifth Circuit's authority concerning the standard for approval of the compromise of controversies, and (iii) good cause exists to grant the relief requested, and therefore **ORDERS THAT**:

1. The Settlement[1] is APPROVED.

2. The Parties are authorized to enter into the Settlement and are authorized and directed to take all actions necessary to effectuate the relief granted in this order.

3. This Court shall retain jurisdiction over this Settlement.

Signed: September 25, 2018

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge

---

[1] Capitalized terms in this order have the meanings given to them in the Motion.