United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 17, 2023
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| In Re: | Trailhead Engineering LLC |
| **Debtor(s)** | Case No.: 18–32414 |
| | Chapter: 7 |

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Ronald J Sommers is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 5/17/23

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge